A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 37

### Mozelle O'QUINN v. STATE.
### 6 Div. 859.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Public drunkenness.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 37

### Mozelle O'QUINN v. STATE.
### 6 Div. 860.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Trespass.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 920

### Clinton PARKER v. STATE.
### 6 Div. 819.

Court of Appeals of Alabama.
Jan. 10, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 920

### James PARKER v. STATE.
### 7 Div. 36.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

49 So.2d 926

### Roy PATTON, Jr., v. CITY OF TUSCALOOSA.
### 6 Div. 102.

Court of Appeals of Alabama.
Nov. 30, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

51 So.2d 916

### Charlie Wyatt PAYNE v. STATE.
### 7 Div. 76.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Cleburne County; Leslie C. Longshore, Judge.

PER CURIAM.
Appeal dismissed.